# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00502-FDW-DSC

| | |
|---|---|
| JOSE SANCHEZ-LOPEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NATIONAL DELIVERY SYSTEMS, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

Before the Court is Defendant National Delivery Systems, Inc.'s "Consent Motion to Transfer Venue to the United States District Court for the Eastern District of North Carolina, Western Division [pursuant to 28 U.S.C. § 1404]" (document #8). The Court **GRANTS** the Motion upon the grounds stated therein and hereby transfers this action to the United States District Court for the Eastern District of North Carolina.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: October 11, 2018

David S. Cayer
United States Magistrate Judge